**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

**WESTERN DIVISION**

| | |
|---|---|
| STEPHEN R. RYAN,<br><br>         Plaintiff,<br><br>    v.<br><br>CALIFORNIA MEN'S COLONY, et al.,<br><br>         Defendants. | No.  CV 09-7441-CJC (AGR)<br><br>ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION |

Pursuant to 28 U.S.C. § 636, the Court has reviewed the entire file *de novo*, including the Magistrate Judge's Report and Recommendation.  The Court agrees with the recommendation of the Magistrate Judge.

IT IS ORDERED that (1) the Report and Recommendation is adopted; (2) the § 1983 claim is dismissed; and (3) the reference to the Magistrate Judge is vacated (*see* General Order 05-07 at 8).

DATED: February 26, 2010

_____
CORMAC J. CARNEY
UNITED STATES DISTRICT JUDGE